# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

July 1, 2014

**Before**

ILANA DIAMOND ROVNER, *Circuit Judge*

ANN CLAIRE WILLIAMS, *Circuit Judge*

JOHN DANIEL TINDER, *Circuit Judge*

Nos. 12-2706 & 13-2045

| | |
|---|---|
| SUSAN GOLDMAN, Trustee of Goldman Living Trust U/A/D December 19, 2000, | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| *Plaintiff-Appellee*, | |
| | No. 1:11-cv-08843 |
| *v.* | |
| | John W. Darrah, |
| JAMES R. GAGNARD and MICHELLE GAGNARD, | *Judge*. |
| *Defendants-Appellants*. | |

**O R D E R**

The opinion of this court issued on June 27, 2014, is amended as follows:

On page 1, in the caption, "Defendants-Appell**ees**" should be "Defendants-Appell**ants**."